

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN GARRETT SPAGNOLA,<br><br>Defendant. | Case No. 2:17-cr-00397-RFB-PAL<br><br>**Preliminary Order of Forfeiture** |

This Court finds that defendant Adrian Garrett Spagnola pled guilty to Count Three of a Four-Count Criminal Indictment charging him with Possession with Intent to Use 5 or More Identification Documents in violation of Title 18, United States Code, Section 1028(a)(3). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 21.

This Court finds defendant Adrian Garrett Spagnola agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 21

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant Adrian Garrett Spagnola pled guilty.

The following property is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1028(a)(3), or a conspiracy to commit such offense; (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 1028(a)(3), or a conspiracy to violate such offense; and (3) any personal property used or intended to be used to commit the violations of Title 18, United States Code, Section 1028(a)(3), and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1028(b)(5), (g), and (h); and Title 21, United States Code, Section 853(p):

i. any and all fraudulent identification documents including, but not limited to at least:

　　a) any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number)

| | | | |
|---|---|---|---|
| A.D. / 6343 | A.M. / 1403 | A.M. / 3841 | C.B. / 7334 |
| C.J. / 1747 | C.M. / 9198 | D.B. / 3750 | I.P. / 9122 |
| I.R. / 0774 | J.C. / 6291 | J.R. / 9336 | K.M. / 6721 |
| M.C. / 6355 | P.B. / 3210 | P.L. / 1066 | P.M. / 6173 |
| R.C. / 0829 | R.J. / 9956 | V.D. / 8999 | |

      b)    any and all driver's licenses or identification cards including, but not limited to at least:

          1.    Nevada driver's licenses in the names of B.C., B.H., C.B., C.M., I.R., J.C., K.O., L.S, P.M., R.G., R.J., V.D., Y.M.;

          2.    Nevada instruction permit's in the names of A.M. and C.B.;

          3.    Nevada identification cards in the names of A.M. and I.P.;

          4.    California driver's license in the name of R.D.;

          5.    Illinois driver's license in the name of C.M.;

          6.    Oregon driver's license in the name of R.B.;

          7.    Pennsylvania driver's license in the name of A.A.;

          8.    U.S. Employment Authorization Card in the name of J.G.;

          9.    U.S. passports in the names of C.P., D.B., J.A., J.L.M., and J.A.M.; and

          10.    Foreign passports in the names of J.G. and W.K.;

ii.    any and all fraudulent access devices including, but not limited to at least:

      a)    any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| J.N. / 4069 | M.C. / 2821 | V.P. / 0192 |

      b)    any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| A.G. / 7946 | F.A. / 1615 | G.F. / 0855 | M.F. / 2979 |
| --- | --- | --- | --- |
| R.M. / 3634 | R.M. / 0545 | R.M. / 9146 | S.M. / 9115 |
| T.H. / 1951 | T.S. / 0873 | V.P. / 4647 | T.H. / 1951 |

c) any and all notebooks, checks, account statements, and other papers containing bank account numbers including, but not limited to at least the following account numbers (identified by the bank and last four digits of the account numbers):

1. Bank of America accounts ending in 1904, 1991, 1992, 2042, 2685, 3008, 3167, 3723, 4177, 4795, 4805, 6185, 6440, 7469, 8099, and 9096;

2. Barclays Bank accounts ending in 6026 and 7369;

3. BECU account ending in 1472;

4. Chase Bank accounts ending in 0021, 0037, 0050, 2365, 4116, 4291, and 9379;

5. Citibank accounts ending in 1833, 5573, and 9044;

6. Citizens Bank account ending in 0120;

7. Commerce Bank account ending in 0630;

8. Discover Bank account ending in 3476;

9. Nevada Bank and Trust account ending in 0246;

10. Nevada State Bank account ending in 6527;

11. San Diego Credit Union account ending in 8590;

12. Union Plus account ending in 9128;

13. US Bank accounts ending in 2921, 5269, and 9263;

|  |  |  |
|---|---|---|
|  | 14. | USAA Federal Savings Bank account ending in 9465; and |
|  | 15. | Wells Fargo Bank accounts ending in 1015, 1472, 1772, 2356, 2479, 2603, 3327, 5202, 5411, 6443, 6943, 6943, and 9283; and |

    iii.    any and all stolen mail including, but not limited to at least 90 pieces of mail

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Adrian Garrett Spagnola in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government

1  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the
2  forfeited property, state the time under the applicable statute when a petition
3  contesting the forfeiture must be filed, and state the name and contact information
4  for the government attorney to be served with the petition, pursuant to Fed. R. Crim.
5  P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any
7  individual or entity who claims an interest in the aforementioned property must file
8  a petition for a hearing to adjudicate the validity of the petitioner's alleged interest
9  in the property, which petition shall be signed by the petitioner under penalty of
10 perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28,
11 United States Code, Section 1746, and shall set forth the nature and extent of the
12 petitioner's right, title, or interest in the forfeited property and any additional facts
13 supporting the petitioner's petition and the relief sought.

14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
15 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las
16 Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if
17 direct notice was not sent, no later than sixty (60) days after the first day of the
18 publication on the official internet government forfeiture site, www.forfeiture.gov.

19     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
20 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United
21 States Attorney's Office at the following address at the time of filing:
22
23

Michael A. Humphreys
Daniel D. Hollingsworth
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 13 day of September, 2018.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE